■ ITT CONTINENTAL BAKING COMPANY, Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Judgment unanimously affirmed, without costs on the opinion at Special Term, Callahan, J. (Appeal from judgment of Erie Supreme Court—art 78.) Present—Dillon, P. J., Hancock, Jr., Schnepp, Doerr and Moule, JJ.